Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
TARA PACKER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TARA PACKER, ) | Case No.: :10-cv-00533-E |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| v. ) | |
| ) | |
| NATIONAL CREDIT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

   NOW COMES the Plaintiff, TARA PACKER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: February 5, 2010       KROHN & MOSS, LTD.


                              By: /s/ Nicholas J. Bontrager

                                  Nicholas J. Bontrager
                                  Attorney for Plaintiff

- 1 -

Notice of Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Notice of Settlement